**Opinion issued February 19, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00143-CV

_____

**HARBORWALK PROPERTY OWNERS ASSOCIATION, INC., Appellant**

**V.**

**HARBORWALK RESORT, L.P., Appellee**

**On Appeal from the 56th District Court**
**Galveston County, Texas**
**Trial Court Case No. 23-CV-0339**

## MEMORANDUM OPINION

We abated this appeal for the parties to mediate. The parties settled and now request that the Court set aside the trial court's judgment, without regard to the merits, and remand the case to the trial court so that it may enter an agreed dismissal

with prejudice in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

The parties agree that all costs should be borne by the parties incurring the same. The parties also request the Court accelerate the issuance of the mandate such that it be issued concurrently with the Court's opinion and judgment. *See* TEX. R. APP. P. 18.1(c).

Accordingly, we grant the motion, reinstate, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*

The Clerk is directed to issue the mandate on the date of this opinion. *See* TEX. R. APP. P. 18.1(c).

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.